UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALFONSO GUTIERREZ, | Case No. EDCV 10-1503-MMM(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| J. TIM OCHOA, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 30, 2012

_____
Margaret M. Morrow
United States District Judge